George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Amber Williams*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Amber Williams,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Berlin-Wheeler, Inc.,<br><br>　　　　　　　Defendant | Case No.: 2:23-cv-00746-GMN-DJA<br><br>**Stipulation to extend deadline to file the proposed discovery plan and scheduling order**<br><br>**(First request)** |

　　　Amber Williams ("Plaintiff"); and Berlin-Wheeler, Inc., ("Defendant") (jointly as the "parties"), by and through their respective counsel, hereby stipulate to extend Local Rule 26-1's deadlines for the parties to hold their initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and scheduling order (the "Deadlines").

　　　Good cause exists to extend the Deadlines because of excusable neglect. Due to an internal calendaring error, plaintiff's counsel failed to reach out to defense counsel and arrange to hold the discovery conference prior to the deadline to file the proposed discovery plan and scheduling order, August 4, 2023. The Parties now need additional time for counsel to coordinate to set the discovery conference and review the proposed discovery plan and scheduling order prior to filing.

---

STIPULATION　　　　　　　　　　　　　　- 1 -

Additionally, the Parties are engaged in active settlement discussions that may alleviate the need to submit a proposed discovery plan.

Therefore, it is appropriate to extend the deadlines for the Parties to file their proposed discovery plan and scheduling order to allow time for the Parties to meet and confer in compliance with Local Rule 26-1(b).

The parties hereby request to extend the Deadlines by 30 days, making the new deadline for the submission of a stipulated discovery plan and scheduling order on or before **September 3, 2023**. This is the first request for an extension of this deadline.

Dated: August 21, 2023.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Amber Williams*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ Ramir M. Hernandez
Ramir M. Hernandez, Esq.
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Defendant Berlin-Wheeler, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __August 22, 2023_____

STIPULATION                         - 2 -