George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Amber Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Amber Williams,<br><br>　　　　　Plaintiff,<br>v.<br><br>Berlin-Wheeler Inc.,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-00746<br><br>**Stipulation for dismissal of Berlin-Wheeler Inc. with prejudice.** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Amber Williams and Berlin-Wheeler Inc. stipulate to dismiss Plaintiff's claims against Berlin-Wheeler Inc. with prejudice.

///
///
///
///
///
///
///
///

_____

STIPULATION　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 3, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Amber Williams*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Counsel for Berlin-Wheeler, Inc.*

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

_____
UNITES STATES DISTRICT JUDGE

DATED: June 10, 2024

STIPULATION                    - 2 -